UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-22902-KMM

SILVIA CIELO GONZALEZ,

     Plaintiff,

v.

ATTORNEY GENERAL
OF THE UNITED STATES, *et al.*,

     Defendants.

_____ /

## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendants' Motion to Dismiss for Mootness (ECF No. 8), which represents that this action is moot. Plaintiff did not file a response in opposition, and the time to do so has passed. The matter was referred to the undersigned by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law regarding all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. (ECF No. 4). Having reviewed the Motion, the record as a whole, and being otherwise fully advised, the undersigned respectfully **RECOMMENDS** that the Motion (ECF No. 8) be **GRANTED**.

## I.    DISCUSSION

"Article III of the Constitution limits the jurisdiction of federal courts to 'cases' and 'controversies.'" *Christian Coal. of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011) (quoting *Socialist Workers Party v. Leahy*, 145 F.3d 1240, 1244 (11th Cir. 1998)).

"Mootness arises when an issue presented in a case is 'no longer live or the parties lack a legally cognizable interest in the outcome.'" *Keohane v. Fla. Dep't of Corr. Sec'y*, 952 F.3d 1257, 1267 (11th Cir. 2020) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). As the Eleventh Circuit has explained, "a case must be dismissed as moot '[i]f events that occur subsequent to the filing of a lawsuit . . . deprive the court of the ability to give the plaintiff . . . meaningful relief.'" *Id.* (alterations in original) (quoting *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001)).

Here, Plaintiff seeks an order commanding Defendants to adjudicate a pending Form N-400, Application for Naturalization, requesting naturalization under section 316 of the Immigration and Nationality Act filed by Plaintiff Silvia Cielo Gonzalez with the United States Citizenship and Immigration Services on November 22, 2019. (ECF Nos. 1, 8-1). According to the instant Motion and the materials attached thereto, Plaintiff Silvia Cielo Gonzalez's application has now been adjudicated; the decision on Plaintiff Silvia Cielo Gonzalez's application indicates that the application was adjudicated on January 17, 2023. (ECF No. 8-1). Plaintiff has not responded to the Motion indicating otherwise, and therefore the Court agrees that this case is now moot.

## II.    RECOMMENDATIONS

Accordingly, the undersigned **RECOMMENDS** that Defendants' Motion to Dismiss for Mootness (ECF No. 8) be **GRANTED**.

The undersigned further **RECOMMENDS** that Plaintiff's Complaint (ECF No. 1) be **DISMISSED, without prejudice,** for lack of subject matter jurisdiction, because this case is now moot.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and

Recommendation.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITED** in Chambers at Miami, Florida, this 25th day of April, 2023.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
      Counsel of record